# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERESA BANKS,**<br>　　　　Plaintiff,<br><br>　　vs.<br><br>**LAMONT BANKS,**<br>　　　　Defendant. | CASE NO. 18-cv-07042-YGR<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 8 |

By Order issued January 3, 2019, plaintiff was directed to file, no later than January 31, 2019, an amended complaint in accordance with the Court's January 3 Order adopting report and recommendation and dismissing plaintiff's complaint. (Dkt. No. 8.) As of the date of this Order, plaintiff has not filed an amended complaint, nor has she filed any other documents since November 19, 2018.

Therefore, and pursuant to Federal Rule of Civil Procedure 4(m), this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: February 11, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**